No. 1024. FROTHINGHAM v. ANTHONY. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Barton Corneau* for petitioner. *Mr. George Hurley* for respondent. ■

No. 1029. TRICOU v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Joseph D. Brady* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Charles Bunn, James W. Morris,* and *J. P. Jackson* for respondent.

No. 1030. PETROLEUM NAVIGATION Co. v. UTILITY OIL CORP. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Roscoe H. Hupper* for petitioner. *Messrs. Cletus Keating, Edwin S. Murphy,* and *L. DeGrove Potter* for respondent.

No. 1071. CARPENTER, RECEIVER, v. LUDLUM ET AL., RECEIVERS. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Albert L. Moise* and *J. A. Fowler* for petitioner. *Messrs. Percival H. Grander, John Arthur Brown,* and *William A. Carr* for respondents. ■

No. 1036. VON WEISE ET AL., EXECUTORS, v. COMMISSIONER OF INTERNAL REVENUE. June 4, 1934. Petition